UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL WYLES, | ) |
| | ) Case No. C08-1395-TSZ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ORDER DISMISSING CASE |
| | ) |
| Defendant. | ) |
| | ) |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation with the following modification: The ALJ did not implicitly reject Dr. Washburn's severity limitation determination in the first and second evaluation based on the plaintiff's credibility problems. Rather than reject the severity limitation in the three evaluations, the ALJ determined that the severity limitation was not disabling in light of Dr. Washburn's opinion that the plaintiff could work if stabilized on medication.

(2) The final decision of the Commissioner is AFFIRMED, and this case is DISMISSED with prejudice.

01       (3)    The Clerk of Court is directed to send copies of this Order to the parties and to
02 Judge Donohue.

03       DATED this 6th day of July, 2009.

```
                                        /s/ Thomas S. Zilly
                                        Thomas S. Zilly
                                        United States District Judge
```